UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 1:19-cv-20603-RBK-AMD |
| | : |
| BURGER KING CORPORATION, *et al.*, | : |
| | : |
| Defendants. | : |
| _____ | : |

**NOTICE OF SETTLEMENT**

    **COMES NOW** the Plaintiff, DENNIS MAURER, and with consent of Defendants, to inform the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing a settlement agreement and stipulated dismissal, and expect those documents to be executed within the next thirty days.

Dated: February 17, 2021

                                                                                                        Respectfully submitted,

                                                                                       */s/ Jon G. Shadinger Jr.*
                                                                                       Jon G. Shadinger Jr., Esq.
                                                                                       Shadinger Law, LLC
                                                                                       160 Cumberland Avenue
                                                                                       PO Box 279
                                                                                       Estell Manor, NJ 08319
                                                                                       Tel: (609) 319-5399
                                                                                       Fax: (314) 898-4053
                                                                                       js@shadingerlaw.com
                                                                                       *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of February, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC