UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Case No. 1:19-cv-20603-RBK-AMD |
| BURGER KING CORPORATION, *et al.*, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendants, BURGER KING CORPORATION and ROSS RESTAURANT GROUP, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St.
Vineland, NJ 08360
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ Spencer B. Robbins
Spencer B. Robbins, Esq.
Robbins & Robbins LLP
568 Woodbridge Avenue
Woodbridge, NJ 07095
lawoffices@robbinsandrobbinsllp.com
*Attorney for Defendants*

Dated: April 8, 2021