UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

DENNIS MAURER,

    Plaintiff,

v.

BURGER KING CORPORATION, *et al.*,

    Defendants.

Case No. 1:19-cv-20603-RBK-AMD

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendants, BURGER KING CORPORATION and ROSS RESTAURANT GROUP, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

/s/ Jon G. Shadinger Jr.
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer St.
Vineland, NJ 08360
js@shadingerlaw.com
*Attorney for Plaintiff*

/s/ Spencer B. Robbins
Spencer B. Robbins, Esq.
Robbins & Robbins LLP
568 Woodbridge Avenue
Woodbridge, NJ 07095
lawoffices@robbinsandrobbinsllp.com
*Attorney for Defendants*

Dated: April 8, 2021

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE without costs to either side.

Dated: 4/8/2021 /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge